1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ERIC A. HANDLER, #224637
   ehandler@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
5  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570          E-Filed 11/20/09
6  Telephone:    (510) 451-0544
   Facsimile:    (510) 832-1486
7
   Attorneys for Plaintiff
8  AUTODESK, INC.

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  AUTODESK, INC., a Delaware            CASE NO. CV 09-02337 RMW (PVT)
    corporation,
15                                        **MONEY JUDGMENT AND PERMANENT**
                    Plaintiff,            **INJUNCTION**
16
         v.
17
    BUYPCSOFT.COM, INC., a Texas
18  corporation; MEHRAN TABATABAYEE,
    an individual; H S SQUARED
19  INTERNATIONAL, LLC, a New
    Hampshire limited liability company;
20  SEAN SAAD, an individual; and DOES 1
    through 10, inclusive,
21
                    Defendants.
22

23

24

25

26

27

28

1  On <u>November 20</u>, 2009, this Court entered in this action its Order Granting
2  Motion For Entry Of Default Judgment And Issuance Of Permanent Injunction Against
3  Defendants. In accordance therewith, IT IS HEREBY ORDERED and ADJUDGED as follows:

4      1.    Plaintiff Autodesk, Inc. ("Autodesk") shall recover from defendants
5  Buypcsoft.com, Inc., Mehran Tabatabayee, H S Squared International, LLC, and Sean Saad
6  (collectively, "Defendants"), jointly and severally, a total judgment amount of <u>$540,115</u> ~~$540,635~~, with
7  interest to accrue thereon from the date of entry of this Judgment at the rate of <u>0.33</u> percent
8  per annum as provided by law;

9      2.    Pursuant to 17 U.S.C. §§ 502(a) and 1203(b)(1) and 15 U.S.C. §§ 1114(2) and
10  1116(a), Defendants, and each of them, and their respective agents, servants, employees,
11  successors, and assigns, and all other persons acting in concert or conspiracy with Defendants or
12  affiliated with Defendants, are permanently enjoined and restrained from:

13      (a)    copying, reproducing, distributing, or using any unauthorized copies of
14  Autodesk's copyrighted software products;

15      (b)    otherwise infringing any of Autodesk's copyrights;

16      (c)    using any technologies, products, services, devices, components, or parts
17  thereof to circumvent technological copyright protection measures associated with any of
18  Autodesk's software products;

19      (d)    copying, reproducing, advertising, offering for sale, distributing, or using
20  any software products under or in connection with any of Autodesk's trademarks or any other
21  marks confusingly similar thereto;

22      (e)    using in any manner any of Autodesk's trademarks, or any marks
23  confusingly similar thereto, in connection with any of Defendants' goods in such a manner that is
24  likely to create the erroneous belief that said goods are authorized by, sponsored by, licensed by,
25  or are in some way associated with Autodesk; and

26      (f)    otherwise infringing any of Autodesk's trademarks.

27      3.    Defendants are hereby ordered to immediately destroy:

28      (a)    any and all infringing copies in Defendants' possession, custody, or control

of Autodesk's software products and materials bearing Autodesk's trademarks without Autodesk's authorization; and

(b) any device or product involved in Defendants' circumvention of technological copyright protection measures associated with any of Autodesk's software products.

4. Defendants shall file with this Court and serve on Autodesk within thirty (30) days after entry of this injunction a report, in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/20/2009

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge