**E-FILED on** 12/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., | No. C-09-2337 RMW |
| Plaintiff, | |
| v. | ORDER SETTING HEARING ON MOTION TO SET ASIDE DEFAULT JUDGMENT |
| BUYPCSOFT.COM, et al., | |
| Defendants. | |

The court is in receipt of a December 11, 2009 letter from defendant Mehran Tabatabayee, proceeding in pro per. The court construes the letter as a motion under Rules 55(c) and 60(b) of the Federal Rules of Civil Procedure to set aside the default and default judgment entered against him on July 14, 2009 and November 20, 2009, respectively.

Defendant's motion to set aside the default entered July 14, 2009 and the default judgment shall be heard on February 5, 2010, at 9:00 a.m. Plaintiff's opposition papers, if any, shall be filed and served on or before January 15, 2010. Defendant Tabatabayee's reply papers, if any, shall be filed and served on or before January 22, 2010.

DATED:   12/28/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING HEARING ON MOTION TO SET ASIDE DEFAULT JUDGMENT—No. C-09-2337 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Julie E. Hofer**
Email: julie@donahue.com

**Eric W. Doney**
Email: eric@donahue.com

**Eric Andrew Handler**
Email: ehandler@donahue.com

**A copy of this document has been mailed to:**

**Defendant:**

**Mehran Tabatabayee**
6514 Harbor Mist
Sugarland, TX 77459

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     12/28/09                                                TER
                                                          **Chambers of Judge Whyte**